# United States District Court

EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IMAGE MEDIA SERVICES, INC. | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| v. | CASE NUMBER: 1:11cv00987 |
| AD RENDON and<br>AD RENDON COMMUNICATIONS, INC.<br>    Respondents. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision of the Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Petitioner, Image Media Services, Inc., and against the Defendants, AD Rendon and AD Rendon Communications, Inc., in the amount of $308,504.11, plus interest, in accordance with the ORDER dated October 21, 2011.

October 21, 2011
Date

Fernando Galindo
Clerk of Court

(By) Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Image Media Services, Inc.<br><br>    *Petitioner,*<br><br>    v.<br><br>AD Rendon and<br>AD Rendon Communications, Inc.<br><br>    *Respondents.* | 1:11cv987<br><br>**ORDER** |

This Court has considered the request of Petitioner to confirm an arbitration award and has reviewed all documents.

THIS COURT ORDERS that the arbitration award issued in this case in the amount of $308,504.11, with interest to run at the judgment rate of interest in the Commonwealth of Virginia until fully paid, be confirmed and that a judgment be entered immediately in the amount of $308,504.11, plus interest, in favor of Image Media Services, Inc. and against AD Rendon and AD Rendon Communications, Inc.

Dated: 10/21/11

/s/
Liam O'Grady
United States District Judge